ACCEPTED
14-15-00960-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

CASE NO: 14-15-00960-CR

## IN THE 14th COURT OF APPEALS

### AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/14/2015 3:06:59 PM

CHRISTOPHER A. PRINE
Clerk

## STEPHANIE RALEEN FORBES

### V.

### THE STATE OF TEXAS

From the 212TH District Court

**Trial Court Case Number 13-CR0117**

**Galveston County, Texas**

## APPELLANT'S REPORT TO COURT

THE MAHONEY LAW FIRM

WALTER P. MAHONEY JR.

3668 BURKE

PASADENA, TEXAS 77504

SBN 12844600

PHONE 281-998-9450

FAX 281-998-9430

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Appellant's Counsel respectfully provides the following information in response to the direction from the court in correspondence dated December 3rd, 2015.

## I.

Attached hereto is a copy of the receipt for the deposit provided to the Court Reporter to enable the preparation of the reporter's record in the above referenced cause.

## V. CONCLUSION

For the reasons stated above, Appellant respectfully requests that this court be aware that the requested funds for the preparation of the record have in fact been paid.

Respectfully Submitted,
The Mahoney Law Firm
3668 Burke
Pasadena, Texas 77504
Phone 281-998-9450
Fax 281-998-9430
E-Mail trip888@aol.com

/s/ Walter P. Mahoney Jr.
_____
Walter P. Mahoney Jr.
Attorney for Appellant

## CERTIFICATE OF SERVICE

I, Walter P. Mahoney Jr. do hereby certify that a copy of the foregoing Motion was duly and properly served upon opposing counsel on the 14th day of December, 2015.
/s/ Walter P. Mahoney Jr.
_____
Walter P. Mahoney Jr.

County of Galveston
212th District Court
Jennifer Hall
Official Court Reporter

600 59th Street
Suite 3305
Galveston, Texas 77551

Office 409-766-2264
Fax 409-765-2610
jennifer.hall@co.galveston.tx.us

December 9, 2015

| Date | Cause No. | Services Rendered | Amount |
|---|---|---|---|
| 12-9-15 | 13-CR-0117<br><br>13-CR-0118 | Preparation of trial transcripts and exhibits for court of appeals. | $4,344.00<br>*Deposit only |
| | | | |
| | | | |

**Remaining balance to be paid in full before filing of record with the court of appeals. For all intents and purposes, all costs are on an estimation basis and may result in a higher balance owing. Due to the invoice amount, money order or a cashier's check is required for all payments made. Thank you.

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**CASHIER'S CHECK**

0675312726

| 0006753 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Remitter: CHRISTOPHER C FORBES
Operator I.D.: u443547

December 08, 2015

PAY TO THE ORDER OF  ***JENNIFER HALL ***

***Four thousand three hundred forty-four dollars and no cents***

**$4,344.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
123 W MAIN ST
HUMBLE, TX 77338
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  4,344.00

_Richard Leroy_
CONTROLLER

⑈0675312726⑈ ⑆121000248⑆4861  512853⑈